**STATE of Missouri, Respondent,**

v.

**Fred Arthur HAMILTON, Sr., Appellant.**

**No. 51432.**

Missouri Court of Appeals, Eastern District, Division Six.

March 24, 1987.

Motion for Rehearing and/or Transfer Denied May 12, 1987.

Application to Transfer Denied June 16, 1987.

Holly G. Simons, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth A. Levin, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from use of child-victim's statement in rape case.

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment. An extended opinion would be of no precedential value. Judgment affirmed pursuant to Rule 30.-25(b).